# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY LEE BRUCKLACHER,
            Appellant,
        vs.
THE STATE OF NEVADA,
            Respondent.

No. 82373

**FILED**

FEB 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the judgment in this action entered December 18, 2020."

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from an order denying a "motion for clarification of order of sentence and imposed credits and/or for filing for a second amended JOC reflecting credit and to correct PSI."[1] *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). To the extent that appellant appeals from the judgment of conviction entered on November 20, 2019, and the amended judgment of conviction entered on

---

[1]The motion was orally denied on December 18, 2020.

 
21-04037

December 3, 2019, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.       _____, J.
Stiglich                                  Silver

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 1
       Jeremy Lee Brucklacher
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk